**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                           Case No:   6:17-cv-36-Orl-31KRS

**YVES DEMESMIN, UNIK TAX REFUND, LLC, UJM TAX SERVICES, LLC, ELIE DORCEUS, LOYAL EXPERIENCE DEPENDABLE TAX SERVICE, LLC, LED FINANCIAL SERVICE, LLC, MARIO COOPER, DIA FLEMING, DIA I. FLEMING, LLC, YVESDEMESMIN, LLC and JOSEPH DEMESMIN,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Default Judgment Against Yves Demesmin, Unik Tax Refund, LLC, and YvesDemesmin, LLC (Doc. 134), filed by Plaintiff September 7, 2018.

On January 10, 2019, the United States Magistrate Judge issued a report (Doc. 136) recommending that the motion be granted. No objections have been filed.   Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.   The Clerk is directed to enter judgment in favor of the United States of America and against Yves Demesmin, Unik Tax Refund, LLC, and YvesDemesmin, LLC, jointly and severally, in the amount of $1,251,456.54.

3. A permanent injunction will be entered separately against the defaulted defendants, following which the Clerk is directed to close this file.

4. Plaintiff shall submit a proposed permanent injunction by February 8, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 28, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party